■ In the Matter of ROBERT GERARDI, Appellant, v VILLAGE OF SCARSDALE, Respondent. [895 NYS2d 831]—Appeal by the petitioner, as limited by his brief, from stated portions of a judgment of the Supreme Court, Westchester County (Zambelli, J.) entered December 24, 2008.

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Zambelli at the Supreme Court. Dillon, J.P., Santucci, Florio and Hall, JJ., concur.

■ In the Matter of ROBERT S. KNEIP, Appellant, v ELIZABETH McWILLIAMS, Respondent. [895 NYS2d 830]—In a child custody proceeding pursuant to Family Court article 6 in which the father petitioned for a writ of habeas corpus, the father appeals, as limited by his brief, from stated portions of an order of the Family Court, Westchester County (Duffy, J.), entered April 3, 2009.

Ordered that the appeal is dismissed, without costs or disbursements.

The father concedes that his petition for a writ of habeas corpus was properly dismissed. On appeal, the father only challenges the Family Court's findings of fact and conclusions of law. Thus, the appeal must be dismissed, as findings of fact and conclusions of law are not separately appealable (*see Lester & Assoc., P.C. v Eneman*, 69 AD3d 906 [2010]; *Meachum v Outdoor World Corp.*, 273 AD2d 208 [2000]). Skelos, J.P., Santucci, Angiolillo and Chambers, JJ., concur.